In the Matter of the Accounting of POUGHKEEPSIE TRUST COMPANY, as Substituted Trustee under the Will of MARY E. ELTING, Deceased.

FRANK JACKSON et al., Appellant; MATTIE L. HASBROUCK, as Administratrix of the Estate of JOHN J. HASBROUCK, Deceased, et al., Respondents.

Argued June 13, 1945; decided July 19, 1945.

*Frank L. Wiswall* and *Carl O. Olson* for appellants.

*George F. Kaufman* and *John F. Wadlin* for respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.